Wm. C. H. Waddell, appellant, and Ephraim Beach respondent.

The case in Chancery is reported *ante*, page 299.

*P. D. Vroom*, and *Mr. Harring*, of New York, for the appellant.

*A. C. M. Pennington* and *A. Whitehead* for the respondent.

The decree of the Chancellor was affirmed unanimously.